J. Russell Stedman (117130), rstedman@bargerwolen.com
Travis R. Wall (191662), twall@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

David Freitas (82012), dfreitas@scif.com
STATE COMPENSATION INSURANCE FUND
1275 Market Street, 3rd Floor
San Francisco, California 94103-1410
Telephone: (415) 565-1260
Facsimile: (415) 703-7059

Attorneys for Plaintiff
STATE COMPENSATION INSURANCE FUND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN WEST SECURITIES LLC, a California limited liability company; WACHOVIA BANK, N.A.; DOES 1 through 10 inclusive; and DOES 11 through 20 inclusive,<br><br>　　　　　Defendants. | **CASE NO.: CV 09 2959 JSW**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE, TRIAL DATE, AND RELATED DEADLINES<br><br>Local Rule 6-2 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE,
TRIAL DATE AND RELATED DEADLINES

Plaintiff State Compensation Insurance Fund ("State Fund") and Defendants Metropolitan West Securities LLC and Wachovia Bank N.A. (collectively, "Wachovia"), through their counsel of record, stipulate as follows:

## RECITALS

1. The Court's case management orders currently provide the following deadlines:

| | |
|---|---|
| Completion of mediation: | April 30, 2010 |
| Fact discovery cut-off: | September 15, 2010 |
| Expert discovery cut-off: | November 8, 2010 |
| Dispositive motion hearing date: | January 21, 2011 |
| Pretrial conference: | March 7, 2011 |
| Trial: | March 28, 2011 |

2. The parties have exchanged electronic and hard copy productions and are diligently pursuing fact discovery. The volume of electronic data is large. The parties are meeting and conferring about the parameters for further production of electronically-stored information. The parties anticipate substantially completing written and electronic discovery before commencing depositions. Due to the complexity of the case and the number of documents involved, the parties have not been able to complete sufficient discovery in order to have productive settlement discussions at this time. The parties also believe that the current schedule does not allow sufficient time for fact and expert discovery to prepare for dispositive motions and trial. Accordingly, the parties request a short continuance of the mediation deadline, the trial date and corresponding case management deadlines.

3. This is the parties' first request for an extension of any of the foregoing deadlines. The parties do not anticipate the need for further continuances.

## STIPULATION

The parties stipulate to the following revised mediation and case management schedule:

| | |
|---|---|
| Completion of mediation: | October 29, 2010 |
| Fact discovery cutoff: | February 4, 2011 |
| Disclosure of experts and reports: | February 14, 2011 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE, TRIAL DATE AND RELATED DEADLINES

| | | |
|---|---|---|
| 1 | Disclosure of rebuttal experts and reports: | March 7, 2011 |
| 2 | Expert discovery cutoff: | April 1, 2011 |
| 3 | Dispositive motion hearing date: | June 10, 2011 |
| 4 | Final pretrial conference: | July 25, 2011 |
| 5 | Trial: | August 15, 2011 |

SO STIPULATED:

Dated: April 30, 2010    BARGER & WOLEN LLP

By:    //s// Travis R. Wall
J. RUSSELL STEDMAN
TRAVIS R. WALL
PETER FELSENFELD
Attorneys for Plaintiff
State Compensation Insurance Fund

Dated: April 30, 2010    MUNGER, TOLLES & OLSON

By:    //s// James Rutten
MARC DWORSKY
JAMES RUTTEN
ERIC TUTTLE
Attorneys for Defendants
Metropolitan West Securities LLC and
Wachovia Bank, N.A.

Case3:09-cv-02959-JSW Document35 Filed04/30/10 Page3of4

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE,
TRIAL DATE AND RELATED DEADLINES

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

# ORDER

The parties, by and through their counsel of record, stipulated to the following ADR and case management schedule:

| | |
|---|---|
| Completion of mediation: | October 29, 2010 |
| Fact discovery cutoff: | February 4, 2011 |
| Disclosure of experts and reports: | February 14, 2011 |
| Disclosure of rebuttal experts and reports: | March 7, 2011 |
| Expert discovery cutoff: | April 1, 2011 |
| Dispositive motion hearing date: | June 10, 2011 |
| Final pretrial conference: | ~~July 25, 2011~~ August 1, 2011 at 2:00 p.m. |
| Trial: | ~~August 15, 2011~~ August 22, 2011 at 8:00 a.m. |

Satisfactory proof having been shown and good cause appearing,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 3, 2010

By: /s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE, TRIAL DATE AND RELATED DEADLINES