IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE COMPENSATION INS. FUND, | No. C-09-2959 JSW (EDL) |
| Plaintiff, | **ORDER RE: SEPTEMBER 7, 2010 LETTERS** |
| v. | |
| WACHOVIA BANK, | |
| Defendant. / | |

On September 7, 2010, both parties filed letters containing numerous discovery disputes about which they want to file motions to compel. On September 9, 2010, this case was referred to this Court for all discovery purposes. The Court has reviewed the parties' letters and orders the following briefing schedule for motions to compel. Each side may file one motion to compel. Motions shall be filed no later than October 19, 2010. Oppositions shall be filed no later than November 2, 2010. Replies shall be filed no later than November 9, 2010. A hearing will be held on November 23, 2010 at 9:00 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: October 12, 2010

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge