J. Russell Stedman (117130), rstedman@bargerwolen.com
Travis R. Wall (191662), twall@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

David Freitas (82012), dfreitas@scif.com
STATE COMPENSATION INSURANCE FUND
1275 Market Street, 3rd Floor
San Francisco, California 94103-1410
Telephone: (415) 565-1260
Facsimile: (415) 703-7059

Attorneys for Plaintiff
STATE COMPENSATION INSURANCE FUND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN WEST SECURITIES LLC, a California limited liability company; WACHOVIA BANK, N.A.; DOES 1 through 10 inclusive; and DOES 11 through 20 inclusive,<br><br>　　　　Defendants. | CASE NO.: CV 09 2959 JSW (EDL)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE AND CERTAIN CASE MANAGEMENT DEADLINES<br><br>Local Rule 6-2<br><br>Trial Date: August 22, 2011 |

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT DEADLINES
CASE NO.: CV 09 2959 JSW (EDL)

Plaintiff State Compensation Insurance Fund ("State Fund") and Defendants Metropolitan West Securities LLC and Wells Fargo Bank, N.A. (successor by merger to Wachovia Bank N.A.) (collectively, "Wachovia"), through their counsel of record, stipulate as follows:

RECITALS

1. The Court's May 3, 2010 order provides the following deadlines:

| | |
|---|---|
| Completion of mediation: | October 29, 2010 |
| Fact discovery cutoff: | February 4, 2011 |
| Disclosure of experts and reports: | February 14, 2011 |
| Disclosure of rebuttal experts and reports: | March 7, 2011 |
| Expert discovery cutoff: | April 1, 2011 |
| Dispositive motion hearing date: | June 10, 2011 |
| Final pretrial conference: | August 1, 2011 (2:00 PM) |
| Trial: | August 22, 2011 (8:00 AM) |

2. The parties conferred and agreed that mediating at this time would not be productive, and that further discovery is necessary to have meaningful settlement discussions. Discovery is on-going, and the parties have exchanged interrogatories, made some electronic and hard copy productions, and are preparing for further productions. However, discovery disputes have arisen, and the parties submitted letters to the Court on September 7, 2010 requesting leave to file cross-motions to compel. On September 9, 2010, the parties' discovery disputes were referred to Magistrate Judge Elizabeth Laporte, who then set a briefing schedule and hearing on November 23, 2010. The parties currently anticipate that most depositions in the case will take place only after the discovery motions are resolved and any further ordered discovery is provided. Accordingly, the parties request a continuance of the mediation deadline and a short continuance of certain of the other case management deadlines. These requested continuances would not affect the dates for the dispositive motion hearing, the pretrial conference or trial.

3. This is the parties' second request for an extension of the mediation deadline and case management deadlines.

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT DEADLINES
CASE NO.: CV 09 2959 JSW (EDL)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

## STIPULATION

The parties stipulate to the following revised mediation and case management schedule:

| | |
|---|---|
| Fact discovery cutoff: | March 18, 2011 |
| Disclosure of experts and reports: | March 25, 2011 |
| Disclosure of rebuttal experts and reports: | April 13, 2011 |
| Expert discovery cutoff: | May 3, 2011 |
| Completion of mediation: | May 31, 2010 |
| Dispositive motion hearing date: | June 10, 2011 |
| Final pretrial conference: | August 1, 2011 (2:00 PM) |
| Trial: | August 22, 2011 (8:00 AM) |

SO STIPULATED:

Dated: October 29, 2010                    BARGER & WOLEN LLP

By:     //s// J. Russell Stedman
J. RUSSELL STEDMAN
TRAVIS R. WALL
PETER FELSENFELD
Attorneys for Plaintiff
State Compensation Insurance Fund

Dated: October 29, 2010                    MUNGER, TOLLES & OLSON

By:     //s// James Rutten
MARC DWORSKY
JAMES RUTTEN
ERIC TUTTLE
Attorneys for Defendants
Metropolitan West Securities LLC and
Wells Fargo Bank, N.A. (successor by merger to Wachovia Bank, N.A.)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT DEADLINES
CASE NO.: CV 09 2959 JSW (EDL)

# ORDER

The parties, by and through their counsel of record, stipulated to the following ADR and case management schedule:

| | |
|---|---|
| Fact discovery cutoff: | March 18, 2011 |
| Disclosure of experts and reports: | March 25, 2011 |
| Disclosure of rebuttal experts and reports: | April 13, 2011 |
| Expert discovery cutoff: | May 3, 2011 |
| Completion of mediation: | May 31, 2010 |
| Dispositive motion hearing date: | June 10, 2011 |
| Final pretrial conference: | August 1, 2011 (2:00 PM) |
| Trial: | August 22, 2011 (8:00 AM) |

Satisfactory proof having been shown and good cause appearing,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 1, 2010

By: *[signature]*
The Honorable Jeffrey S. White
United States District Court Judge

-4-
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT DEADLINES
CASE NO.: CV 09 2959 JSW (EDL)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800