1  MUNGER, TOLLES & OLSON LLP
     Marc T.G. Dworsky (SB# 157413)
2    James C. Rutten (SB# 201791)
     Eric P. Tuttle (SB# 248440)
3    Melissa L. Camacho-Cheung (SB# 264024)
   355 South Grand Avenue, 35th Floor
4  Los Angeles, California  90071-1560
   (213) 683-9100; (213) 687-3702 (fax)
5  marc.dworsky@mto.com
   james.rutten@mto.com
6  eric.tuttle@mto.com
   melissa.camacho-cheung@mto.com
7
   Attorneys for Defendants WELLS FARGO
8  BANK, N.A. (successor by merger to
   WACHOVIA BANK, N.A.) and
9  METROPOLITAN WEST SECURITIES LLC

10

11                  UNITED STATES DISTRICT COURT

12     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

13  STATE COMPENSATION INSURANCE          CASE NO. CV 09-02959 JSW (EDL)
    FUND,
14                                         **STIPULATION AND [PROPOSED] ORDER
                 Plaintiff,                FOR 3-DAY CONTINUANCE OF
15                                         DEADLINE TO FILE REPLY PAPERS IN
         vs.                               SUPPORT OF CROSS-MOTIONS TO
16                                         COMPEL**
    METROPOLITAN WEST SECURITIES
17  LLC; WACHOVIA BANK, N.A.; DOES         Date:  November 23, 2010
    1 through 10, inclusive; and DOES 11   Time:  9:00 a.m.
18  through 20, inclusive,                 Courtroom:  E
                                           Judge: Honorable Elizabeth D. Laporte
19               Defendants.

20

21

22

23

24

25

26

27

28

   12191257.2                                        CASE NO.  CV 09-2959 JSW (EDL)

        STIPULATION AND [PROPOSED] ORDER FOR 3-DAY CONTINUANCE OF DEADLINE

1    WHEREAS on September 7, 2010, the parties filed letter briefs seeking leave to file

2    cross-motions to compel;

3    WHEREAS on October 12, 2010, the Court granted leave to file cross-motions to compel,

4    and set the following briefing and hearing schedule: (a) moving papers due by October 19, 2010;

5    (b) opposition papers due by November 2, 2010; (c) reply papers due by November 9, 2010; and

6    (d) a hearing on November 23, 2010.

7    WHEREAS Defendants desire a three-day continuance of the deadline to submit reply

8    papers, on account of counsel having multiple briefs due in three separate cases in the next five

9    business days and a motion hearing in a fourth case in the same period that requires counsel's out-

10    of-town travel;

11    WHEREAS Plaintiff does not object to a three-day continuance of the deadline;

12    WHEREAS this continuance would not alter the date for hearing the cross-motions to

13    compel, which would remain November 23, 2010, and would not affect any other deadlines in the

14    case;

15    NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES

16    HERETO AND THEIR COUNSEL OF RECORD THAT the deadline for both sides to submit

17    reply papers in support of the pending cross-motions to compel shall be continued from

18    November 9, 2010 to November 12, 2010.

19

20    Date:  November 4, 2010                    MUNGER, TOLLES & OLSON LLP

21

22                                                            By:      /s/ James C. Rutten
                                                                        James C. Rutten

23
                                                            Attorneys for Defendants WELLS FARGO
24                                                          BANK, N.A. (successor by merger to
                                                            WACHOVIA BANK, N.A.) and
25                                                          METROPOLITAN WEST SECURITIES LLC

26

27

28

12191257                                1                    CASE NO.  CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER FOR 3-DAY CONTINUANCE OF DEADLINE

1

Date:  November 4, 2010                    BARGER & WOLEN LLP

2

3
                                           By:     /s/ Travis R. Wall
4                                                      Travis R. Wall

5                                          Attorneys for Plaintiff STATE
                                           COMPENSATION INSURANCE FUND
6

7                                      *   *   *   *   *

8

9    PURSUANT TO STIPULATION, IT IS SO ORDERED:

10

11   DATED:  November 5, 2010            _____
                                         Elizabeth D. Laporte
                                         The Honorable Elizabeth D. Laporte
12                                       United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12191257                          2              CASE NO.  CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER FOR 3-DAY CONTINUANCE OF DEADLINE