MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Eric P. Tuttle (SB# 248440)
  Melissa L. Camacho-Cheung (SB# 264024)
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com
eric.tuttle@mto.com, melissa.camacho-cheung@mto.com

Attorneys for Defendants WELLS FARGO
BANK, N.A. (successor by merger to
WACHOVIA BANK, N.A.) and
METROPOLITAN WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive, <br><br> Defendants. | CASE NO. CV 09-02959 JSW (EDL) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DEADLINES AS MODIFIED** <br> [Declaration of James C. Rutten filed concurrently herewith] |

12499156.1                                                                                               CASE NO.  CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DEADLINES

1  WHEREAS the Court entered a stipulated order on November 1, 2010 providing the
2  following case schedule:

3 | Fact discovery cutoff: | March 18, 2011
4 | Disclosure of experts and reports: | March 25, 2011
5 | Disclosure of rebuttal experts and reports: | April 13, 2011
6 | Expert discovery cutoff: | May 3, 2011
7 | Completion of mediation: | May 31, 2010
8 | Dispositive motion hearing date: | June 10, 2011
9 | Final pretrial conference: | August 1, 2011
10 | Trial: | August 22, 2011

11  WHEREAS the parties have been diligently engaged in discovery, including significant
12  written discovery, third-party subpoenas, and the production of both paper and electronic
13  documents (including the recent production of more than 85,000 pages of electronic documents);
14  WHEREAS the parties are continuing their document production efforts, and expect
15  substantial additional productions to take place in the near future;
16  WHEREAS the parties filed cross-motions to compel, which were heard on December 7,
17  2010 by the Magistrate Judge;
18  WHEREAS the Magistrate Judge provided guidance to the parties on the discovery issues
19  raised in the cross-motions, including as to which categories of documents should be produced,
20  which custodians' electronic files should be searched, and which electronic search terms should
21  be used to locate potentially responsive documents;
22  WHEREAS the Magistrate Judge ordered the parties to meet and confer further in an
23  effort to resolve the discovery disputes in light of the guidance provided;
24  WHEREAS the parties expect that, as a result, substantial additional document production
25  efforts will be undertaken that will be over and above the currently in-process productions;
26  WHEREAS Defendants' counsel have numerous commitments in the final months of the
27  existing discovery period that will substantially affect counsel's ability to complete discovery
28  efforts, including but not limited to (1) a trial in a patent case pending in the United States District

12499156.1     1     CASE NO. CV 09-2959 JSW (EDL)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DEADLINES

Court for the District of Delaware, (2) class certification proceedings (and associated expert discovery) in two complex mortgage-backed securities cases pending in the United States District Courts for the Northern District of California and the Southern District of New York; (3) motions to remand and motions to dismiss in two other complex mortgage-backed securities cases pending in the United States District Court for the Northern District of California; and (4) class certification proceedings (and associated discovery) in a securities-related case pending in the Complex Litigation Department of the Santa Clara County Superior Court.

WHEREAS the parties believe that, in light of the foregoing, it makes sense to continue the existing case deadlines by approximately two months;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT the existing case deadlines shall be continued by approximately two months, such that the new schedule shall be as follows:

| | |
|---|---|
| Fact discovery cutoff: | May 25, 2011 |
| Disclosure of experts and reports: | June 1, 2011 |
| Disclosure of rebuttal experts and reports: | June 20, 2011 |
| Expert discovery cutoff: | July 13, 2011 |
| Completion of mediation: | August 12, 2011 |
| Dispositive motion hearing date: | August 26, 2011 (9:00 a.m.) |
| Final pretrial conference: | ~~October 7~~ October 17, 2011 (2:00 p.m.) |
| Trial: | November 7, 2011 ~~(8:30 a.m.)~~ 8:00 a.m. |

Date: December 20, 2010             MUNGER, TOLLES & OLSON LLP


                                    By:   /s/ James C. Rutten
                                              James C. Rutten

                                    Attorneys for Defendants WELLS FARGO
                                    BANK, N.A. (successor by merger to
                                    WACHOVIA BANK, N.A.) and
                                    METROPOLITAN WEST SECURITIES LLC

| | | |
|---|---|---|
| 1 | Date: December 20, 2010 | BARGER & WOLEN LLP |
| 2 | | |
| 3 | | By:    /s/ Travis R. Wall |
| | |           Travis R. Wall |
| 4 | | |
| 5 | | Attorneys for Plaintiff STATE COMPENSATION INSURANCE FUND |

\* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  December 21, 2010

_____
The Honorable Jeffrey S. White
United States District Court Judge

12499156.1            3            CASE NO. CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DEADLINES