MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Eric P. Tuttle (SB# 248440)
  Melissa L. Camacho-Cheung (SB# 264024)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com
eric.tuttle@mto.com, melissa.camacho-cheung@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A. (successor by merger to WACHOVIA BANK, N.A.) and METROPOLITAN WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. CV 09-02959 JSW (EDL)<br><br>**STIPULATION AND [Proposed] ORDER CONTINUING DEADLINE TO SUBMIT DISCOVERY STIPULATION**<br><br>[Declaration of James C. Rutten filed concurrently herewith] |

12596375.1

CASE NO. CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO SUBMIT DISCOVERY STIP.

| | |
|---|---|
| 1 | WHEREAS the parties filed cross-motions to compel on October 19, 2010; |
| 2 | WHEREAS the Court held a hearing on the motions on December 7, 2010; |
| 3 | WHEREAS the Court provided guidance to the parties at the hearing on many of the |
| 4 | disputed issues, and directed the parties to meet and confer further and to submit a stipulation by |
| 5 | December 21, 2010 setting forth agreements reached during that further meet-and-confer process; |
| 6 | WHEREAS the parties have had extensive telephonic and written meet-and-confer |
| 7 | discussions as directed by the Court; |
| 8 | WHEREAS those meet-and-confer discussions have been productive, in that the parties |
| 9 | have reached agreements, which they are in the process of documenting, on many of the disputed |
| 10 | issues; |
| 11 | WHEREAS the parties continue to meet and confer as to other issues raised by the |
| 12 | motions to compel, and believe that additional time is needed to complete those meet-and-confer |
| 13 | discussions with a view to resolving as many of the disputes as possible; |
| 14 | WHEREAS the parties believe that, particularly in light of the December holidays, an |
| 15 | additional nine days would be an appropriate amount of time to allow them to complete their |
| 16 | discussions; |
| 17 | NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE |
| 18 | PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT the deadline for the parties |
| 19 | to submit a stipulation concerning the cross-motions to compel, as directed by the Court, shall be |
| 20 | continued from December 21, 2010 to December 30, 2010. |

Date: December 21, 2010

MUNGER, TOLLES & OLSON LLP

By: ____/s/ James C. Rutten_____
     James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A. (successor by merger to WACHOVIA BANK, N.A.) and METROPOLITAN WEST SECURITIES LLC

12596375.1                     1                    CASE NO. CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO SUBMIT DISCOVERY STIP.

| | | |
|---|---|---|
| 1 | Date: December 21, 2010 | BARGER & WOLEN LLP |
| 2 | | |
| 3 | | By: /s/ Travis R. Wall |
| | | Travis R. Wall |
| 4 | | |
| 5 | | Attorneys for Plaintiff STATE COMPENSATION INSURANCE FUND |

* * * * *

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: December 22, 2010

_Elizabeth D. Laporte_
The Honorable Elizabeth D. Laporte
United States District Court Judge

12596375.1     2     CASE NO. CV 09-2959 JSW (EDL)
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO SUBMIT DISCOVERY STIP.