1  MUNGER, TOLLES & OLSON LLP
   Marc T.G. Dworsky (SB# 157413)
2  James C. Rutten (SB# 201791)
   Eric P. Tuttle (SB# 248440)
3  355 South Grand Avenue, 35th Floor
   Los Angeles, California 90071-1560
4  (213) 683-9100; (213) 687-3702 (fax)
   marc.dworsky@mto.com, james.rutten@mto.com
5  eric.tuttle@mto.com

6  Attorneys for Defendants WELLS FARGO BANK, N.A.
   (successor by merger to WACHOVIA BANK, N.A.) and
7  METROPOLITAN WEST SECURITIES LLC

8  J. Russell Stedman (117130), rstedman@bargerwolen.com
   Travis R. Wall (191662), twall@bargerwolen.com
9  BARGER & WOLEN LLP
   650 California Street, 9th Floor
10 San Francisco, California 94108-2713
   Telephone: (415) 434-2800
11 Facsimile: (415) 434-2533

12 David Freitas (82012), dfreitas@scif.com
   STATE COMPENSATION INSURANCE FUND
13 1275 Market Street, 3rd Floor
   San Francisco, California 94103-1410
14 Telephone: (415) 565-1260
   Facsimile: (415) 703-7059
15
   Attorneys for Plaintiff
16 STATE COMPENSATION INSURANCE FUND

17
18                UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| 20 STATE COMPENSATION INSURANCE FUND, | CASE NO. CV 09-02959 JSW (EDL) |
| 21 Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE DEADLINES** |
| 22 vs. | **AS MODIFIED** |
| 23 METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive, | |
| 26 Defendants. | |

27
28
                                              CASE NO. CV 09-2959 JSW (EDL)
        STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE DEADLINES

1  WHEREAS the Court entered a stipulated order on December 21, 2010 providing the
2  following case schedule:

3      Fact discovery cutoff:     May 25, 2011
4      Disclosure of experts and reports:     June 1, 2011
5      Disclosure of rebuttal experts and reports:     June 20, 2011
6      Expert discovery cutoff:     July 13, 2011
7      Completion of mediation:     August 12, 2010
8      Dispositive motion hearing date:     August 26, 2011
9      Final pretrial conference:     October 17, 2011
10     Trial:     November 7, 2011

11  WHEREAS the parties have been diligently engaged in discovery, including significant
12 written discovery, third-party subpoenas, and the production of both paper and electronic
13 documents (to date approximately 850,000 pages of documents have been produced);

14  WHEREAS the parties stipulated to a discovery order entered by the Magistrate Judge on
15 January 3, 2011 on cross-motions to compel, requiring substantial additional productions which
16 are still being completed;

17  WHEREAS the parties have issued several third-party subpoenas (primarily out of state)
18 which are outstanding or still the subject of meet-and-confer efforts;

19  WHEREAS the parties are discussing a stipulation for the filing of an amended complaint
20 (not adding new parties) and amended answer, and the draft of the proposed amended complaint
21 is being reviewed by Defendants;

22  WHEREAS the parties have been engaged in discussions about cooperatively scheduling
23 non-expert depositions, which have raised a number of issues requiring more time for resolution,
24 including: the need for depositions in at least four different cities, including on the East Coast; the
25 agreement of the parties to arrange for several of their former officers and employees to make
26 themselves available for deposition; a number of depositions of other non-party and non-affiliated
27 witnesses will be taken; and Defendants have requested that Plaintiff stipulate to permit them to
28 exceed the 10 deposition limit;

WHEREAS the parties continue meet and confer efforts to resolve outstanding discovery disputes without the need for motions to compel;

WHEREAS the parties believe that, in light of the foregoing, it makes sense to continue the existing case deadlines by approximately 90 days;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT the existing case deadlines shall be continued by approximately three months, such that the new schedule shall be as follows:

| | |
|---|---|
| Fact discovery cutoff: | August 26, 2011 |
| Disclosure of experts and reports: | September 9, 2011 |
| Disclosure of rebuttal experts and reports: | September 30, 2011 |
| Expert discovery cutoff: | October 21, 2011 |
| Completion of mediation: | November 21, 2011 |
| Dispositive motion hearing date: | ~~December 5, 2011~~ (9:00 a.m.) December 9, 2011 |
| Final pretrial conference: | ~~January 16, 2012~~ (2:00 p.m.) March 5, 2012 |
| Trial: | ~~February 6, 2012~~ (8:30 a.m.) March 26, 2012 |

Date: April 18, 2011

MUNGER, TOLLES & OLSON LLP

By: \_\_\_/s/ James C. Rutten_____
James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A. (successor by merger to WACHOVIA BANK, N.A.) and METROPOLITAN WEST SECURITIES LLC

Date: April 18, 2011

BARGER & WOLEN LLP

By: \_\_\_/s/ J. Russell Stedman_____
J. Russell Stedman

Attorneys for Plaintiff STATE COMPENSATION INSURANCE FUND

* * * * *

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: April 18, 2011

_____
The Honorable Jeffrey S. White
United States District Court Judge