MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Karen F. Ephraim (SB# 233824)
  Eric P. Tuttle (SB# 248440)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
karen.ephraim@mto.com
eric.tuttle@mto.com

Attorneys for WELLS FARGO BANK, N.A.
(successor by merger to Defendant WACHOVIA
BANK, N.A.) and Defendant METROPOLITAN
WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. CV 09-02959 JSW (EDL)<br><br>**[PROPOSED] ORDER REGARDING CONTINUED SEALING OF EXHIBIT CONTAINING CONFIDENTIAL INFORMATION** |

1  After considering Plaintiff State Compensation Insurance Fund's Application to Seal
2  Designated Documents Filed in Support of State Fund's Motion to Compel Production of
3  Documents from Defendant Wachovia Bank, N.A., which was filed June 21, 2011, and the June
4  28, 2011 Declaration of Karen J. Ephraim In Support of the Continued Sealing of Exhibit
5  Containing Confidential Information, and good cause appearing, the Court hereby orders that
6  Exhibit H to the Declaration of Travis R. Wall in Support of Plaintiff's Motion to Compel
7  Production of Documents from Defendant Wachovia Bank, N.A. ("Wall Declaration") shall be
8  sealed.

9  **IT IS SO ORDERED.**

11  Dated: __July 5_____, 2011  _____
12  The Hon.
   United S.
13  

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

14324526.1

1                                    CASE NO.  CV 09-2959 JSW (EDL)

[PROPOSED] ORDER RE CONTINUED SEALING OF DOCUMENT