IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN WEST SECURITIES, LLC, and WACHOVIA BANK, N.A.<br><br>    Defendants.<br>_____/ | No. C 09-02959 JSW<br><br>**ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE DEADLINES** |

The Court has received and considered Defendants' Administrative Motion to Continue Case Deadlines, and Plaintiff's opposition thereto. The Court finds good cause to GRANT Defendants' request, in part. With respect to the depositions that are scheduled between July 14, 2011 and July 22, 2011, those depositions shall go forward.[1] In addition, the Court shall not preclude Plaintiff from seeking to reopen those depositions, if Plaintiff believes that it is necessary as a result of any documents that Wachovia may produce as a result of its second review of e-mail data. If that is the case, the parties shall meet and confer on the issue and, if they cannot agree, shall present the dispute to Judge Laporte for resolution.

The Court HEREBY CONTINUES the current deadlines as follows:

| | |
|---|---|
| Fact discovery cutoff: | September 23, 2011 |
| Disclosure of Experts and Expert Reports | October 7, 2011 |
| Disclosure of Rebuttal Experts and Reports | October 28, 2011 |

---

[1] Although Plaintiff referred to an exhibit with a calendar of pending depositions, it did not include it with its opposition brief.

| | |
|---|---|
| Expert Discovery Cutoff | November 18, 2011 |
| Completion of Mediation | December 19, 2011 |
| Dispositive Motion Hearing Date | February 10, 2012 9:00 a.m.[2] |
| Final Pretrial Conference | April 30, 2012 2:00 p.m. |
| Trial | May 21, 2012 8:00 a.m. |

**IT IS SO ORDERED.**

Dated: July 13, 2011

                                                    */s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[2] This date and the trial dates are based on the Court's schedule, due to its unavailability in January 2012.

2