J. Russell Stedman (117130), rstedman@bargerwolen.com
Travis R. Wall (191662), twall@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

David Freitas (82012), dfreitas@scif.com
STATE COMPENSATION INSURANCE FUND
1275 Market Street, 3rd Floor
San Francisco, California 94103-1410
Telephone: (415) 565-1260
Facsimile: (415) 703-7059

Attorneys for Plaintiff
STATE COMPENSATION INSURANCE FUND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>  Plaintiff,<br><br>vs.<br><br>METROPOLITAN WEST SECURITIES LLC, a California limited liability company,; WACHOVIA BANK, N.A.; DOES 1 through 10 inclusive; and DOES 11 through 20 inclusive,<br><br>  Defendants. | CASE NO.: CV 09 2959 JSW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PROVIDE DECLARATIONS IN RESPONSE TO THE COURT'S JULY 15, 2011 ORDER** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PROVIDE DECLARATIONS
CV 09-02959 JSW (EDL)

## STIPULATION

Plaintiff State Compensation Insurance Fund ("Plaintiff") and Wells Fargo Bank, N.A. (successor by merger to Defendant Wachovia Bank, N.A.) and Defendant Metropolitan West Securities LLC ("Defendants") stipulate through their counsel as follows:

WHEREAS the Court permitted Defendants to propound questions and ordered Plaintiff to provide a declaration or declarations as described in the Court's July 15, 2011 Order Granting in Part and Denying in Part Defendant's Motion to Compel (Dkt. 95, filed July 18, 2011) (the "Order");

WHEREAS the Court ordered Defendants to propound questions no later than July 19, 2011 and ordered Plaintiff to serve the declarations no later than July 29, 2011;

WHEREAS Defendants propounded questions to Plaintiff on July 19, 2011;

WHEREAS the parties' counsel took four depositions in New York and New Jersey between July 15, 2011 and July 21, 2011;

WHEREAS Plaintiff's personnel are in the process of moving to new offices;

WHEREAS the parties agreed that Plaintiff shall have 10 additional days to provide the required declaration or declarations.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-1-
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO PROVIDE DECLARATIONS
CV 09-02959 JSW (EDL)

NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

Plaintiff shall serve declarations as required by the Court's Order by August 8, 2011.

Date: July 25, 2011

BARGER & WOLEN LLP

By:    /s/ Travis R. Wall
          Travis R. Wall

Attorneys for Plaintiff STATE COMPENSATION INSURANCE FUND

Date: July 25, 2011

MUNGER, TOLLES & OLSON LLP

By:    /s/ James C. Rutten
          James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A. (successor by merger to WACHOVIA BANK, N.A.) and METROPOLITAN WEST SECURITIES LLC

PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

DATED: July 26, 2011

*Elizabeth D. Laporte*
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PROVIDE DECLARATIONS
CV 09-02959 JSW (EDL)