MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Karen F. Ephraim (SB# 233824)
  Eric P. Tuttle (SB# 248440)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
karen.ephraim@mto.com
eric.tuttle@mto.com

Attorneys for WELLS FARGO BANK, N.A. (successor by merger to Defendant WACHOVIA BANK, N.A.) and Defendant METROPOLITAN WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| STATE COMPENSATION INSURANCE FUND,<br><br>  Plaintiff,<br><br>  vs.<br><br>METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive,<br><br>  Defendants. | CASE NO. CV 09-02959 JSW (EDL)<br><br>[PROPOSED] **ORDER REGARDING CONTINUED SEALING OF EXHIBIT CONTAINING CONFIDENTIAL INFORMATION** |
|---|---|

15485137.1

[PROPOSED] ORDER RE CONTINUED SEALING OF DOCUMENT

CASE NO.  CV 09-2959 JSW (EDL)

1  After considering Plaintiff State Compensation Insurance Fund's Administrative Motion
2  to File Under Seal (Dkt. No. 118-2), filed October 18, 2011, and the Declaration of Eric P. Tuttle
3  in Support of the Continued Sealing of Exhibit Containing Confidential Information, and good
4  cause appearing, the Court hereby orders that Exhibit 8 to the Declaration of Travis R. Wall in
5  Support of State Fund's Opposition to Defendants' Renewed Notice of Motion and Motion to
6  Compel Rule 30(b)(6) Deposition Testimony shall be sealed.

**IT IS SO ORDERED.**

Dated: November 3, 2011, 2011

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

15485137.1

1   CASE NO. CV 09-2959 JSW (EDL)
[PROPOSED] ORDER RE CONTINUED SEALING OF DOCUMENT