J. Russell Stedman (117130), rstedman@bargerwolen.com
Travis R. Wall (191662), twall@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

David Freitas (82012), dfreitas@scif.com
STATE COMPENSATION INSURANCE FUND
5890 Owens Drive, Building C, Third Floor
Pleasanton, California 94588
Telephone: (925) 416-7404 (Direct)

Attorneys for Plaintiff
STATE COMPENSATION INSURANCE FUND

MUNGER, TOLLES & OLSON LLP
Marc T.G. Dworsky (SB# 157413)
James C. Rutten (SB# 201791)
Karen J. Ephraim (SB# 233824)
Eric P. Tuttle (SB# 248440)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com,
karen.ephraim@mto.com, eric.tuttle@mto.com

Attorneys for WELLS FARGO BANK, N.A. (successor by merger to Defendant WACHOVIA BANK, N.A.) and Defendant METROPOLITAN WEST SECURITIES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN WEST SECURITIES LLC, a California limited liability company,; WACHOVIA BANK, N.A.; DOES 1 through 10 inclusive; and DOES 11 through 20 inclusive, <br><br> Defendants. | **CASE NO.: CV 09 02959 JSW (EDL)** <br><br> **STIPULATION AND [PROPOSED] ORDER TO PERMIT LIMITED DEPOSITIONS AFTER FACT DISCOVERY CUTOFF** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER PERMITTING LIMITED DEPOSITIONS AFTER FACT DISCOVERY CUTOFF – CASE NO.: CV 09-0959 JSW (EDL)

## STIPULATION

Plaintiff State Compensation Insurance Fund ("State Fund"), and Wells Fargo Bank, N.A. (successor by merger to Defendant Wachovia Bank, N.A.) and Defendant Metropolitan West Securities LCC (collectively, "Defendants") stipulate as follows:

WHEREAS, the Court entered an order on August 22, 2011 (Docket #106), granting the parties' stipulation to continue case deadlines, such that the schedule is now as follows:

| | |
|---|---|
| Fact discovery cutoff: | December 2, 2011 |
| Disclosure of experts and reports: | December 16, 2011 |
| Disclosure of rebuttal experts and reports: | January 13, 2012 |
| Expert discovery cutoff: | February 3, 2012 |
| Completion of mediation: | February 28, 2012 |
| Dispositive motion hearing date: | March 16, 2012 |
| Final pretrial conference: | May 21, 2012 |
| Trial: | June 11, 2012 |

WHEREAS the parties have already taken numerous depositions of current and former employees as well as depositions of third parties;

WHEREAS the parties have agreed to take their respective Rule 30(b)(6) depositions after completion of percipient witness depositions to the extent possible;

WHEREAS due to scheduling constraints and other factors, the parties currently anticipate that some additional fact depositions may need to take place after December 2, 2011;

WHEREAS the parties have agreed, subject to the Court's approval, to complete any outstanding depositions, including Rule 30(b)(6) depositions, by December 9, 2011, a seven-day extension of the current deadline;

WHEREAS the parties believe that an additional seven days beyond the fact discovery cutoff date to complete the depositions is appropriate and necessary;

WHEREAS the additional seven days to complete depositions will not affect any other case schedule deadline, including but not limited to non-deposition fact discovery or pre-trial and trial deadlines;

-2-
STIPULATION AND [PROPOSED] ORDER PERMITTING LIMITED DEPOSITIONS AFTER FACT DISCOVERY CUTOFF – CASE NO.: CV 09-0959 JSW (EDL)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR COUNSEL OF RECORD THAT fact depositions may be completed by December 9, 2011.

Dated: November 11, 2011        BARGER & WOLEN LLP

By:     //s// J. Russell Stedman
J. RUSSELL STEDMAN
Attorneys for Plaintiff State
Compensation Insurance Fund

Dated: November 11, 2011        MUNGER, TOLLES & OLSON LLP

By:     //s// James Rutten
JAMES C. RUTTEN
Attorneys for Wells Fargo Bank, N.A.
(successor by merger to Defendant
Wachovia Bank, N.A.) and Defendant
Metropolitan West Securities LLC

\* \* \* \* \*

PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

DATED: November 14, 2011

_____
The Honorable Jeffrey S. White
United States District Court Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-

STIPULATION AND [PROPOSED] ORDER PERMITTING LIMITED DEPOSITIONS AFTER FACT DISCOVERY CUTOFF – CASE NO.: CV 09-0959 JSW (EDL)