1  J. Russell Stedman (117130), rstedman@bargerwolen.com
   Travis R. Wall (191662), twall@bargerwolen.com
2  BARGER & WOLEN LLP
3  650 California Street, 9th Floor
   San Francisco, California  94108-2713
4  Telephone:  (415) 434-2800
   Facsimile:  (415) 434-2533
5

6  David Freitas (82012), dfreitas@scif.com
   STATE COMPENSATION INSURANCE FUND
7  5890 Owens Drive, Building C, Third Floor
   Pleasanton, California  94588
8  Telephone:  (925) 416-7404 (Direct)

9  Attorneys for Plaintiff
   STATE COMPENSATION INSURANCE FUND
10

11 MUNGER, TOLLES & OLSON LLP
     Marc T.G. Dworsky (SB# 157413)
12   James C. Rutten (SB# 201791)
     Karen J. Ephraim (SB# 233824)
13   Eric P. Tuttle (SB# 248440)
   355 South Grand Avenue, 35th Floor
14 Los Angeles, California  90071-1560
   (213) 683-9100; (213) 687-3702 (fax)
15 marc.dworsky@mto.com, james.rutten@mto.com,
   karen.ephraim@mto.com, eric.tuttle@mto.com
16
   Attorneys for WELLS FARGO BANK, N.A. (successor by
17 merger to Defendant WACHOVIA BANK, N.A.) and
   Defendant METROPOLITAN WEST SECURITIES LLC

18

**UNITED STATES DISTRICT COURT**

19

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

20

| STATE COMPENSATION INSURANCE FUND, | ) | **CASE NO.: CV 09 02959 JSW (EDL)** |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO PERMIT EXPEDITED BRIEFING ON MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER CONCERNING EVERGREEN** |
| vs. | ) ) ) | |
| METROPOLITAN WEST SECURITIES LLC, a California limited liability company,; WACHOVIA BANK, N.A.; DOES 1 through 10 inclusive; and DOES 11 through 20 inclusive, | ) ) ) ) ) ) | **AS MODIFIED** |
| Defendants. | ) ) | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION TO PERMIT EXPEDITED BRIEFING ON
EVERGREEN MOTIONS – CASE NO.: CV 09-0959 JSW (EDL)

**STIPULATION**

Plaintiff State Compensation Insurance Fund, Defendants Wachovia Bank, N.A. and Metropolitan West Securities LLC (collectively, "Defendants"), and Non-Parties Wells Capital Management, Inc. and Wells Fargo Funds Management, LLC (collectively, "Wells Fargo"), hereby stipulate as follows:

WHEREAS, Plaintiff filed a Motion to Compel Production of Documents from Defendants regarding documents related to Evergreen Investment Management Company, LLC ("Evergreen"), which is currently set to be heard on December 20, 2011;

WHEREAS, Wells Fargo filed a Motion for Protective Order and to Quash with respect to certain subpoenas served by State Fund on Wells Fargo, which subpoenas also seek information related to Evergreen, and which motion also is currently set to be heard on December 20, 2011;

WHEREAS, the fact discovery deadline is December 2 as to written discovery and December 9 as to deposition discovery, and expert reports are due on December 16, 2011;

WHEREAS, in light of these deadlines, the parties have agreed to an expedited briefing schedule and hearing on both motions, subject to the Court's approval;

THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES AND NON-PARTIES, THROUGH THEIR COUNSEL OF RECORD, as follows:

1. The hearings on both Motions shall take place on December 13, 2011, at ~~9:00 a.m.~~ 2:00 p.m., in Courtroom E, 15th Floor, before the Honorable Elizabeth D. Laporte;

2. Any opposition papers shall be filed and served on November 29, 2011; and

3. Any reply papers shall be filed and served on December 5, 2011 at noon.

//
//
//
//
//

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1
STIPULATION TO PERMIT EXPEDITED BRIEFING ON
EVERGREEN MOTIONS – CASE NO.: CV 09-0959 JSW (EDL)

1  **IT IS SO STIPULATED:**

2

3  Dated: November 21, 2011                    BARGER & WOLEN LLP

4

5                                              By:  /s/ J. Russell Stedman
                                                    J. RUSSELL STEDMAN
                                                    Attorneys for Plaintiff State
6                                                   Compensation Insurance Fund

7

8

9  Dated: November 21, 2011                    MUNGER, TOLLES & OLSON LLP

10

11                                             By:  /s/ James C. Rutten
                                                    JAMES C. RUTTEN
12                                                  Attorneys for Wells Fargo Bank, N.A.
                                                    (successor by merger to Defendant
13                                                  Wachovia Bank, N.A.) and Defendant
                                                    Metropolitan West Securities LLC
14

15

16 Dated: November 21, 2011                    KING & SPALDING LLP

17

18                                             By:  /s/ Leo Spooner III
                                                    LEO SPOONER III
                                                    Attorneys for non-parties WELLS
19                                                  CAPITAL MANAGEMENT, INC. and
                                                    WELLS FARGO FUNDS
20                                                  MANAGEMENT, LLC

21

22                                   * * * * *

23 PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, **IT IS SO**

24 **ORDERED.** AS MODIFIED

25

26 DATED: November _22_, 2011           *[signature: Elizabeth D. Laporte]*
                                        The Honorable Elizabeth D. Laporte
27                                      United States Magistrate Judge

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

2
STIPULATION TO PERMIT EXPEDITED BRIEFING ON
EVERGREEN MOTIONS – CASE NO.: CV 09-0959 JSW (EDL)