J. Russell Stedman (117130), rstedman@bargerwolen.com
Travis R. Wall (191662), twall@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

David Freitas (82012), dfreitas@scif.com
STATE COMPENSATION INSURANCE FUND
5890 Owens Drive, Building C, Third Floor
Pleasanton, California 94588
Telephone: (925) 416-7404 (Direct)

Attorneys for Plaintiff
STATE COMPENSATION INSURANCE FUND

MUNGER, TOLLES & OLSON LLP
Marc T.G. Dworsky (SB# 157413)
James C. Rutten (SB# 201791)
Karen J. Ephraim (SB# 233824)
Eric P. Tuttle (SB# 248440)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com,
karen.ephraim@mto.com, eric.tuttle@mto.com

Attorneys for WELLS FARGO BANK, N.A. (successor by merger to Defendant WACHOVIA BANK, N.A.) and Defendant METROPOLITAN WEST SECURITIES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN WEST SECURITIES LLC, a California limited liability company,; WACHOVIA BANK, N.A.; DOES 1 through 10 inclusive; and DOES 11 through 20 inclusive,<br><br>Defendants. | **CASE NO.: CV 09 02959 JSW (EDL)**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO PERMIT EXPEDITED BRIEFING ON MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER CONCERNING EVERGREEN**<br>AS MODIFIED |

**STIPULATION**

Plaintiff State Compensation Insurance Fund, Defendants Wachovia Bank, N.A. and Metropolitan West Securities LLC (collectively, "Defendants"), and Non-Parties Wells Capital Management, Inc. and Wells Fargo Funds Management, LLC (collectively, "Wells Fargo"), hereby stipulate as follows:

WHEREAS, Plaintiff filed a Motion to Compel Production of Documents from Defendants regarding documents related to Evergreen Investment Management Company, LLC ("Evergreen"), which is currently set to be heard on December 20, 2011;

WHEREAS, Wells Fargo filed a Motion for Protective Order and to Quash with respect to certain subpoenas served by State Fund on Wells Fargo, which subpoenas also seek information related to Evergreen, and which motion also is currently set to be heard on December 20, 2011;

WHEREAS, the fact discovery deadline is December 2 as to written discovery and December 9 as to deposition discovery, and expert reports are due on December 16, 2011;

WHEREAS, in light of these deadlines, the parties have agreed to an expedited briefing schedule and hearing on both motions, subject to the Court's approval;

THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES AND NON-PARTIES, THROUGH THEIR COUNSEL OF RECORD, as follows:

1. The hearings on both Motions shall take place on December 13, 2011, at ~~9:00 a.m.~~ 2:00 p.m., in Courtroom E, 15th Floor, before the Honorable Elizabeth D. Laporte;

2. Any opposition papers shall be filed and served on November 29, 2011; and

3. Any reply papers shall be filed and served on December 5, 2011 at noon.

//

//

//

//

//



BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

**IT IS SO STIPULATED:**

Dated: November 21, 2011

BARGER & WOLEN LLP

By: /s/ J. Russell Stedman
J. RUSSELL STEDMAN
Attorneys for Plaintiff State Compensation Insurance Fund

Dated: November 21, 2011

MUNGER, TOLLES & OLSON LLP

By: /s/ James C. Rutten
JAMES C. RUTTEN
Attorneys for Wells Fargo Bank, N.A. (successor by merger to Defendant Wachovia Bank, N.A.) and Defendant Metropolitan West Securities LLC

Dated: November 21, 2011

KING & SPALDING LLP

By: /s/ Leo Spooner III
LEO SPOONER III
Attorneys for non-parties WELLS CAPITAL MANAGEMENT, INC. and WELLS FARGO FUNDS MANAGEMENT, LLC

* * * * *

PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, **IT IS SO ORDERED.** AS MODIFIED

DATED: November _22_, 2011

Elizabeth D. Laporte
The Honorable Elizabeth D. Laporte
United States Magistrate Judge





BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800