J. Russell Stedman (117130), rstedman@bargerwolen.com
Travis R. Wall (191662), twall@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

David Freitas (82012), dfreitas@scif.com
STATE COMPENSATION INSURANCE FUND
5890 Owens Drive, Building C, Third Floor
Pleasanton, California 94588
Telephone: (925) 416-7404 (Direct)

Attorneys for Plaintiff
STATE COMPENSATION INSURANCE FUND

MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Karen J. Ephraim (SB# 233824)
  Eric P. Tuttle (SB# 248440)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com,
karen.ephraim@mto.com, eric.tuttle@mto.com

Attorneys for WELLS FARGO BANK, N.A. (successor by
merger to Defendant WACHOVIA BANK, N.A.) and
Defendant METROPOLITAN WEST SECURITIES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND, | **CASE NO.: CV 09 02959 JSW (EDL)** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCLOSURE DEADLINES** |
| vs. | |
| METROPOLITAN WEST SECURITIES LLC, a California limited liability company,; WACHOVIA BANK, N.A.; DOES 1 through 10 inclusive; and DOES 11 through 20 inclusive, | |
| Defendants. | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION REGARDING EXPERT DISCLOSURE
DEADLINES – CASE NO.: CV 09-0959 JSW (EDL)

**STIPULATION**

Plaintiff State Compensation Insurance Fund and Defendants Wachovia Bank, N.A. and Metropolitan West Securities LCC hereby stipulate as follows:

WHEREAS, Plaintiff filed a Motion to Compel Production of Documents from Defendants regarding documents related to Evergreen Investment Management Company, LLC ("Evergreen"), which is currently set to be heard on December 20, 2011.

WHEREAS, Non-Parties Wells Capital Management, Inc. and Wells Fargo Funds Management, LLC filed a Motion for Protective Order and to Quash with respect to certain subpoenas that Plaintiff served, which subpoenas also seek discovery pertaining to Evergreen, and which motion also is currently set to be heard on December 20, 2011.

WHEREAS, the fact discovery deadline is December 2 as to written discovery and December 9 as to deposition discovery, and expert reports are due on December 16, 2011.

WHEREAS, the parties have submitted a stipulation and proposed order to the Magistrate Judge to expedite the briefing schedule and hearing on the motions, which if approved would result in the hearing being on December 13, 2011;

WHEREAS, due to the Evergreen-related discovery motions, and the discovery and deposition related thereto, the parties wish to reserve the right to submit supplemental expert reports based on the Evergreen evidence;

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR COUNSEL OF RECORD, as follows:

Opening expert reports are currently due December 16, 2011. In the event a deposition transcript (unsigned and uncorrected) of the Rule 30(b)(6) designee of Evergreen's successor(s) (which deposition is the subject of the Motion for Protective Order and to Quash) is not available seven days prior to these opening reports being due, any party may supplement its opening report within seven (7) days of receipt of such unsigned and uncorrected transcript. Such supplement shall relate exclusively to the Evergreen evidence that is the subject of the motions. If and only if a party so supplements its opening report, the opposing party has the right to file a rebuttal to that supplemental report. Expert rebuttal reports are currently due January 13, 2012. Consequently, any

1

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION REGARDING EXPERT DISCLOSURE
DEADLINES – CASE NO.: CV 09-0959 JSW (EDL)

rebuttal expert report which responds to a supplemental report on the Evergreen evidence would be due either January 13, 2012 or seven (7) days after receipt of the supplemental opening report, whichever is later.

All other pre-trial deadlines remain unchanged.

**IT IS SO STIPULATED:**

Dated: November 21, 2011        BARGER & WOLEN LLP

By:  /s/ J. Russell Stedman
J. RUSSELL STEDMAN
Attorneys for Plaintiff State
Compensation Insurance Fund

Dated: November 21, 2011        MUNGER, TOLLES & OLSON LLP

By:  /s/ James C. Rutten
JAMES C. RUTTEN
Attorneys for Wells Fargo Bank, N.A.
(successor by merger to Defendant
Wachovia Bank, N.A.) and Defendant
Metropolitan West Securities LLC

* * * * *

PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, **IT IS SO ORDERED.**

DATED: November 28, 2011

_____
The Honorable Jeffrey S. White
United States District Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800