MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Karen F. Ephraim (SB# 233824)
  Eric P. Tuttle (SB# 248440)
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
karen.ephraim@mto.com
eric.tuttle@mto.com

Attorneys for WELLS FARGO BANK, N.A. (successor by merger to Defendant WACHOVIA BANK, N.A.) and Defendant METROPOLITAN WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive,<br><br>    Defendants. | CASE NO. CV 09-02959 JSW (EDL)<br><br>~~[PROPOSED]~~ **ORDER REGARDING CONTINUED SEALING OF EXHIBITS CONTAINING CONFIDENTIAL INFORMATION** |

After considering Plaintiff State Compensation Insurance Fund's Administrative Motion to File Under Seal (Dkt. No. 133-3), filed November 15, 2011, and the Declaration of Karen J. Ephraim in Support of the Continued Sealing of Exhibits Containing Confidential Information, and good cause appearing, the Court hereby orders that I through R, W, X, CC, and DD to the Declaration of Travis R. Wall Support of State Fund's Motion to Compel Production of Documents From Defendant From Defendant Wachovia Bank, N.A. shall be sealed.

**IT IS SO ORDERED.**

Dated: November 28, 2011

*Elijah R. D. Laporte*
The Honorable Elizabeth D. Laporte
United States Magistrate Judge