MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Karen F. Ephraim (SB# 233824)
  Eric P. Tuttle (SB# 248440)
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
karen.ephraim@mto.com
eric.tuttle@mto.com

Attorneys for WELLS FARGO BANK, N.A. (successor by merger to Defendant WACHOVIA BANK, N.A.) and Defendant METROPOLITAN WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. CV 09-02959 JSW (EDL)<br><br>[PROPOSED] **ORDER REGARDING CONTINUED SEALING OF EXHIBITS CONTAINING CONFIDENTIAL INFORMATION** |

1     After considering Plaintiff State Compensation Insurance Fund's Administrative Motion
2 to File Under Seal (Dkt. No. 133-3), filed November 15, 2011, and the Declaration of Karen J.
3 Ephraim in Support of the Continued Sealing of Exhibits Containing Confidential Information,
4 and good cause appearing, the Court hereby orders that I through R, W, X, CC, and DD to the
5 Declaration of Travis R. Wall Support of State Fund's Motion to Compel Production of
6 Documents From Defendant From Defendant Wachovia Bank, N.A. shall be sealed.
7     **IT IS SO ORDERED.**

9 Dated: November 28, 2011

    The Honorable Elizabeth D. Laporte
    United States Magistrate Judge

15722733.1

1     CASE NO. CV 09-2959 JSW (EDL)

[PROPOSED] ORDER RE CONTINUED SEALING OF DOCUMENTS