IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE COMPENSATION INSURANCE FUND,

Plaintiff,

v.

METROPOLITAN WEST SECURITIES LLC AND WACHOVIA BANK, N.A.,

Defendant.

No. C 09-02959 JSW

**ORDER DENYING OBJECTIONS AND AFFIRMING DISCOVERY ORDER**

Now before the Court is Defendants' Objections to Magistrate Judge Elizabeth D. Laporte's Discovery Order dated December 29, 2011 (the "Discovery Order"). Having carefully reviewed Defendants' papers and considered the arguments and the relevant legal authority, and good cause appearing, the Court hereby DENIES Defendants' Objection and AFFIRMS the Discovery Order.

The district court may modify or set aside any portion of a magistrate's ruling on non-dispositive pre-trial motions found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). A ruling is clearly erroneous if the reviewing court, after considering the evidence, is left with the "definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

After a careful review of the Discovery Order, this Court finds that the Magistrate's ruling was not clearly erroneous or contrary to law. Therefore, this Court DENIES Defendants'

Objections and AFFIRMS the Discovery Order dated December 29, 2011.

**IT IS SO ORDERED.**

Dated: January 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE