MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Eric P. Tuttle (SB# 248440)
  Keith R.D. Hamilton (SB# 252115)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com,
eric.tuttle@mto.com, keith.hamilton@mto.com

Attorneys for WELLS FARGO BANK, N.A.
(successor by merger to Defendant WACHOVIA
BANK, N.A.) and Defendant METROPOLITAN
WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>                    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive,<br><br>                    Defendants. | CASE NO. CV 09-02959 JSW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCOVERY CUTOFF ONLY** |

16371925.2                                                                                         CASE NO. CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCOVERY CUTOFF ONLY

Plaintiff State Compensation Insurance Fund ("State Fund") and Wells Fargo Bank, N.A. (successor by merger to Defendant Wachovia Bank, N.A.) and Defendant Metropolitan West Securities LLC (collectively, "Defendants") stipulate as follows:

WHEREAS the Court entered stipulated orders on August 22, 2011 (Dkt. No. 106),[1] November 14, 2011 (Dkt No. 130),[2] November 28, 2011 (Dkt. No. 142),[3] and December 9, 2011 (Dkt. No. 159),[4] that together set the following case schedule:

| | |
|---|---|
| Fact discovery cutoff: | December 2, 2011 |
| Disclosure of experts and reports: | December 22, 2011 (12:00 p.m.) |
| Disclosure of rebuttal experts and reports: | January 26, 2012 |
| Expert discovery cutoff: | February 20, 2012 |
| Completion of mediation: | March 13, 2012 |
| Dispositive motion hearing date: | March 30, 2012 (9:00 a.m.) |
| Final pretrial conference: | May 21, 2012 |
| Trial: | June 11, 2012 |

WHEREAS the parties have completed disclosures of experts and reports and rebuttal experts and reports, and will be taking six expert depositions between them;

WHEREAS the attorneys and certain of the experts have conflicts that have proven to make scheduling six depositions in a two-week period (allowing one week to review rebuttal reports and conduct document discovery) very difficult;

WHEREAS the parties have met and conferred and agreed to a schedule for all six depositions between now and March 2, 2012, which schedule lessens the burdens on the parties, their counsel, and their experts;

---

[1] This order continued various case deadlines, pursuant to the parties' stipulation.

[2] This order continued the cutoff for fact depositions only, pursuant to stipulation.

[3] This order permitted the parties to supplement expert reports in light of a deposition not yet taken because it was (and still is) the subject of pending motion practice, pursuant to stipulation.

[4] This order continued expert discovery, dispositive motion, and mediation deadlines while leaving all subsequent pretrial and trial dates the same.

16371925.2     1     CASE NO. CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCOVERY CUTOFF ONLY

WHEREAS the parties believe that if the expert discovery cutoff is continued to March 2, 2012 to accommodate this deposition schedule, all other case deadlines (including the trial date) may remain in place;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT the expert discovery cutoff be continued to March 2, 2012, with all subsequent deadlines (including pretrial and trial dates) to remain the same.

Date:  February 6, 2012

MUNGER, TOLLES & OLSON LLP

By:  _/s/ James C. Rutten_
James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A. (successor by merger to WACHOVIA BANK, N.A.) and METROPOLITAN WEST SECURITIES LLC

Date:  February 6, 2012

BARGER & WOLEN LLP

By:  _/s/ J. Russell Stedman_
J. Russell Stedman

Attorneys for Plaintiff STATE COMPENSATION INSURANCE FUND

\* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  February 7, 2012

_____
The Honorable Jeffrey S. White
United States District Court Judge

16371925.2

2

CASE NO. CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCOVERY CUTOFF ONLY