MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Eric P. Tuttle (SB# 248440)
  Keith R.D. Hamilton (SB# 252115)
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com,
eric.tuttle@mto.com, keith.hamilton@mto.com

Attorneys for WELLS FARGO BANK, N.A.
(successor by merger to Defendant WACHOVIA
BANK, N.A.) and Defendant METROPOLITAN
WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| STATE COMPENSATION INSURANCE FUND, | CASE NO. CV 09-02959 JSW (EDL) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS AND CONTINUING HEARING ON MOTIONS** |
| vs. | |
| METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive, | |
| Defendants. | |

16371925.2                                                                                      CASE NO.  CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

1  WHEREAS the parties filed cross-motions for summary judgment on February 24, 2012,
2  which are set for hearing on March 30, 2012;
3  WHEREAS the cross-motions raise numerous factual and legal issues, requiring the
4  parties' respective opposition papers and reply papers to address those issues;
5  WHEREAS the parties' respective opposition papers currently are due on March 9, 2012,
6  and their respective reply papers currently are due on March 16, 2012;
7  WHEREAS during the period in which the parties are required to prepare their opposition
8  papers, they also have been required to (1) take/defend two expert witness depositions, in
9  accordance with the expert discovery schedule previously approved by the Court pursuant to
10 stipulation; and (2) spend significant time preparing for and attending a mediation scheduled for
11 March 6, 2012 (including the preparation of mediation briefs) in accordance with the mediation
12 cutoff previously set by the Court pursuant to stipulation;
13 WHEREAS the parties mutually desire a short amount of additional time in which to
14 prepare their opposition and reply papers in light of the number of issues to be addressed and the
15 time required to prepare for and participate in the depositions and the mediation;
16 WHEREAS the parties have not previously requested a modification of the summary
17 judgment briefing schedule;
18 NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES
19 HERETO AND THEIR COUNSEL OF RECORD THAT (1) the parties' respective papers in
20 opposition to the cross-motions for summary judgment shall be filed no later than March 12,
21 2012; and (2) the parties' respective reply papers in support of the cross-motions for summary
22 judgment shall be filed no later than March 21, 2012.

23 Date: March 5, 2012                              MUNGER, TOLLES & OLSON LLP

25                                                 By:   /s/ *James C. Rutten*
                                                         James C. Rutten

27                                                 Attorneys for Defendants WELLS FARGO
                                                   BANK, N.A. (successor by merger to
                                                   WACHOVIA BANK, N.A.) and
28                                                 METROPOLITAN WEST SECURITIES LLC

16371925.2                           1                    CASE NO. CV 09-2959 JSW (EDL)
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | Date: March 5, 2012 | BARGER & WOLEN LLP |
| 2 | | |
| 3 | | By:    /s/ *Travis R. Wall* |
| | |               Travis R. Wall |
| 4 | | Attorneys for Plaintiff STATE |
| 5 | | COMPENSATION INSURANCE FUND |

\* \* \* \* \*

In addition, the hearing on the motions is CONTINUED to May 25, 2012 at 9:00 a.m. The pretrial and trial dates are VACATED and shall be reset by further order.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: March 6, 2012

                                                      */s/ Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Court Judge