1  MUNGER, TOLLES & OLSON LLP
     Marc T.G. Dworsky (SB# 157413)
2    James C. Rutten (SB# 201791)
     Eric P. Tuttle (SB# 248440)
3    Keith R.D. Hamilton (SB# 252115)
   355 South Grand Avenue, 35th Floor
4  Los Angeles, California  90071-1560
   (213) 683-9100; (213) 687-3702 (fax)
5  marc.dworsky@mto.com, james.rutten@mto.com,
   eric.tuttle@mto.com, keith.hamilton@mto.com
6
   Attorneys for WELLS FARGO BANK, N.A.
7  (successor by merger to Defendant WACHOVIA
   BANK, N.A.) and Defendant METROPOLITAN
8  WEST SECURITIES LLC

9

10
                  UNITED STATES DISTRICT COURT
11
      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
12

13

14 | STATE COMPENSATION INSURANCE FUND, | CASE NO. CV 09-02959 JSW (EDL)

15 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS IN LIGHT OF AGREEMENT RE ADR PROCEDURE**

16 | vs.

17 | METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES
18 | 1 through 10, inclusive; and DOES 11 through 20, inclusive,

19 | Defendants.

20

21

22

23

24

25

26

27

28

16810228.1                                      CASE NO.  CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

1    WHEREAS on February 24, 2012, the parties filed cross-motions for summary judgment,

2    which motions originally were scheduled to be heard on March 30, 2012;

3    WHEREAS on March 5, 2012, the parties submitted a stipulation to slightly modify the

4    briefing schedule on the cross-motions, such that opposition papers would be due by March 12,

5    2012 and reply papers would be due by March 21, 2012;

6    WHEREAS on March 6, 2012, the parties attended a mediation before Mr. Antonio

7    Piazza;

8    WHEREAS while the parties were mediating, the Court entered an order approving the

9    parties' previously submitted stipulation regarding the briefing on the cross-motions, and at the

10   same time, *sua sponte* continuing the hearing on the cross-motions to May 25, 2012 and vacating

11   all other pretrial and trial dates;

12   WHEREAS as a result of the mediation, the parties have agreed in principle to resolve

13   their disputes through a binding alternative dispute resolution ("ADR") procedure, subject to

14   Defendants providing final assent to such agreement by no later than Friday, March 9, 2012;

15   WHEREAS in light of the parties' agreement to an ADR procedure (subject to final assent

16   by Defendants by March 9, 2012), in light of the continued need for that final assent, and in light

17   of the lengthy continuance of the hearing on the cross-motions, the parties mutually desire to

18   conserve their resources by refraining from preparing their papers in opposition to the cross-

19   motions for submission by March 12, 2012;

20   WHEREAS while such final assent is pursued, the parties mutually desire to extend the

21   previously stipulated deadlines to submit their opposition and reply papers;

22   NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES

23   HERETO AND THEIR COUNSEL OF RECORD THAT (1) the parties' respective papers in

24   //

25   //

26   //

27

28

16810228.1                                        1                        CASE NO.  CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

1 opposition to the cross-motions for summary judgment shall be filed no later than March 26,

2 2012; and (2) the parties' reply papers in support of the cross-motions for summary judgment

3 shall be filed no later than April 4, 2012.

4

5 Date: March 7, 2012             MUNGER, TOLLES & OLSON LLP

6

7             By:    /s/ *James C. Rutten*

                    James C. Rutten

8

            Attorneys for Defendants WELLS FARGO

9             BANK, N.A. (successor by merger to

            WACHOVIA BANK, N.A.) and

10             METROPOLITAN WEST SECURITIES LLC

11

12 Date: March 7, 2012             BARGER & WOLEN LLP

13

14             By:    /s/ *Travis R. Wall*

                    Travis R. Wall

15

            Attorneys for Plaintiff STATE

16             COMPENSATION INSURANCE FUND

17

18                     \*   \*   \*   \*   \*

19

20 PURSUANT TO STIPULATION, IT IS SO ORDERED:

21 DATED: March 7, 2012

                    The Honorable Jeffrey S. White

22                     United States District Court Judge

23

24

25

26

27

28

16810228.1                    2             CASE NO. CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE