MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Eric P. Tuttle (SB# 248440)
  Keith R.D. Hamilton (SB# 252115)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com,
eric.tuttle@mto.com, keith.hamilton@mto.com

Attorneys for WELLS FARGO BANK, N.A.
(successor by merger to Defendant WACHOVIA
BANK, N.A.) and Defendant METROPOLITAN
WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. CV 09-02959 JSW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS IN LIGHT OF AGREEMENT RE ADR PROCEDURE** |

1  WHEREAS on February 24, 2012, the parties filed cross-motions for summary judgment,
2  which motions originally were scheduled to be heard on March 30, 2012;

3  WHEREAS on March 5, 2012, the parties submitted a stipulation to slightly modify the
4  briefing schedule on the cross-motions, such that opposition papers would be due by March 12,
5  2012 and reply papers would be due by March 21, 2012;

6  WHEREAS on March 6, 2012, the parties attended a mediation before Mr. Antonio
7  Piazza;

8  WHEREAS while the parties were mediating, the Court entered an order approving the
9  parties' previously submitted stipulation regarding the briefing on the cross-motions, and at the
10 same time, *sua sponte* continuing the hearing on the cross-motions to May 25, 2012 and vacating
11 all other pretrial and trial dates;

12 WHEREAS as a result of the mediation, the parties have agreed in principle to resolve
13 their disputes through a binding alternative dispute resolution ("ADR") procedure, subject to
14 Defendants providing final assent to such agreement by no later than Friday, March 9, 2012;

15 WHEREAS in light of the parties' agreement to an ADR procedure (subject to final assent
16 by Defendants by March 9, 2012), in light of the continued need for that final assent, and in light
17 of the lengthy continuance of the hearing on the cross-motions, the parties mutually desire to
18 conserve their resources by refraining from preparing their papers in opposition to the cross-
19 motions for submission by March 12, 2012;

20 WHEREAS while such final assent is pursued, the parties mutually desire to extend the
21 previously stipulated deadlines to submit their opposition and reply papers;

22 NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES
23 HERETO AND THEIR COUNSEL OF RECORD THAT (1) the parties' respective papers in
24 //
25 //
26 //
27
28

16810228.1                                1                    CASE NO. CV 09-2959 JSW (EDL)
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

opposition to the cross-motions for summary judgment shall be filed no later than March 26, 2012; and (2) the parties' reply papers in support of the cross-motions for summary judgment shall be filed no later than April 4, 2012.

Date: March 7, 2012                    MUNGER, TOLLES & OLSON LLP

                                       By:    /s/ *James C. Rutten*
                                              James C. Rutten

                                       Attorneys for Defendants WELLS FARGO
                                       BANK, N.A. (successor by merger to
                                       WACHOVIA BANK, N.A.) and
                                       METROPOLITAN WEST SECURITIES LLC


Date: March 7, 2012                    BARGER & WOLEN LLP

                                       By:    /s/ *Travis R. Wall*
                                              Travis R. Wall

                                       Attorneys for Plaintiff STATE
                                       COMPENSATION INSURANCE FUND

* * * * *

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: March 7, 2012                   _____
                                       The Honorable Jeffrey S. White
                                       United States District Court Judge

16810228.1                             2                    CASE NO. CV 09-2959 JSW (EDL)
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE