MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Eric P. Tuttle (SB# 248440)
  Keith R.D. Hamilton (SB# 252115)
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com,
eric.tuttle@mto.com, keith.hamilton@mto.com

Attorneys for WELLS FARGO BANK, N.A.
(successor by merger to Defendant WACHOVIA
BANK, N.A.) and Defendant METROPOLITAN
WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. CV 09-02959 JSW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING OUTCOME OF ADR PROCEDURE** |

17174976.1

CASE NO.  CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER STAYING CASE

WHEREAS on March 6, 2012, the parties attended a mediation session before Antonio Piazza, Esq. of Mediation Negotiations;

WHEREAS as a result of that mediation session, the parties have determined to resolve their disputes through a binding alternative dispute resolution ("ADR") procedure;

WHEREAS the in-person sessions of the ADR procedure are expected to commence by June 2012, subject to potential scheduling conflicts that may require different timing;

WHEREAS the parties' selection of an ADR procedure, with the assistance of Mr. Piazza, contemplates that they will seek to stay further litigation in this Court pending the outcome of the ADR procedure, and once the ADR procedure is completed, will promptly file a stipulation of dismissal of this lawsuit;

WHEREAS the parties commit to advise the Court promptly of any developments that may affect the continued appropriateness of a stay;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT this lawsuit is stayed in its entirety until a stipulation of dismissal is filed or until further order of the Court.

Date: April 16, 2012

MUNGER, TOLLES & OLSON LLP

By:  /s/ *James C. Rutten*
James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A. (successor by merger to WACHOVIA BANK, N.A.) and METROPOLITAN WEST SECURITIES LLC

Date: April 16, 2012

BARGER & WOLEN LLP

By:  /s/ *Travis R. Wall*
Travis R. Wall

Attorneys for Plaintiff STATE COMPENSATION INSURANCE FUND

The Court HEREBY STRIKES Plaintiff's motion for summary judgment without prejudice to re-filing if necessary.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:   April 18, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

17174976.1

1

CASE NO.  CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER STAYING CASE