MUNGER, TOLLES & OLSON LLP
 Marc T.G. Dworsky (SB# 157413)
 James C. Rutten (SB# 201791)
 Eric P. Tuttle (SB# 248440)
 Keith R.D. Hamilton (SB# 252115)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, james.rutten@mto.com,
eric.tuttle@mto.com, keith.hamilton@mto.com

Attorneys for WELLS FARGO BANK, N.A.
(successor by merger to Defendant WACHOVIA
BANK, N.A.) and Defendant METROPOLITAN
WEST SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| STATE COMPENSATION INSURANCE FUND, | CASE NO. CV 09-02959 JSW (EDL) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING OUTCOME OF ADR PROCEDURE** |
| vs. | |
| METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, N.A.; DOES 1 through 10, inclusive; and DOES 11 through 20, inclusive, | |
| Defendants. | |

17174976.1

CASE NO. CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER STAYING CASE

1  WHEREAS on March 6, 2012, the parties attended a mediation session before Antonio
2  Piazza, Esq. of Mediation Negotiations;

3  WHEREAS as a result of that mediation session, the parties have determined to resolve
4  their disputes through a binding alternative dispute resolution ("ADR") procedure;

5  WHEREAS the in-person sessions of the ADR procedure are expected to commence by
6  June 2012, subject to potential scheduling conflicts that may require different timing;

7  WHEREAS the parties' selection of an ADR procedure, with the assistance of Mr. Piazza,
8  contemplates that they will seek to stay further litigation in this Court pending the outcome of the
9  ADR procedure, and once the ADR procedure is completed, will promptly file a stipulation of
10 dismissal of this lawsuit;

11 WHEREAS the parties commit to advise the Court promptly of any developments that
12 may affect the continued appropriateness of a stay;

13 NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES
14 HERETO AND THEIR COUNSEL OF RECORD THAT this lawsuit is stayed in its entirety
15 until a stipulation of dismissal is filed or until further order of the Court.

16 Date: April 16, 2012              MUNGER, TOLLES & OLSON LLP

17                                   By:    /s/ James C. Rutten
18                                          James C. Rutten

19                                   Attorneys for Defendants WELLS FARGO
                                     BANK, N.A. (successor by merger to
20                                   WACHOVIA BANK, N.A.) and
                                     METROPOLITAN WEST SECURITIES LLC

21 Date: April 16, 2012              BARGER & WOLEN LLP
22
                                     By:    /s/ Travis R. Wall
23 The Court HEREBY STRIKES Plaintiff's        Travis R. Wall
   motion for summary judgment without
24 prejudice to re-filing if necessary.  Attorneys for Plaintiff STATE
                                     COMPENSATION INSURANCE FUND
25
26 PURSUANT TO STIPULATION, IT IS SO ORDERED:

27 DATED:    April 18, 2012          _____
                                     The Honorable Jeffrey S. White
28                                   United States District Judge

17174976.1                           1                CASE NO. CV 09-2959 JSW (EDL)

STIPULATION AND [PROPOSED] ORDER STAYING CASE